OFFICE OF THE CIRCUIT MEDIATORS

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

**331 POTTER STEWART U.S. COURTHOUSE**
**100 EAST FIFTH STREET**
**CINCINNATI, OHIO 45202-3988**
CA06-MEDIATION@CA6.USCOURTS.GOV

CATHERINE C. GEYER
*Chief Circuit Mediator*
KATHRYN L. WOLLENBERG
SCOTT COBURN
JOHN A. MINTER

TELEPHONE (513) 564-7330
Fax (513) 564-7349

October 4, 2023

Sarah B. Cameron
Sarah E.S. Carlson
Jerome W. Cook
David M. Fedder

John R. Haug
Adam Christopher Smith
Michael L. Snyder
Brian S. Sullivan

Re:  *Columbia Gas Transmission, LLC v. 171.54 Acres Of Land, More Or Less, In Fairfield, et al,*
CA No. 23-3792

## NOTICE OF RESCHEDULED MEDIATION CONFERENCE

Dear Counsel:

Pursuant to Rule 33 of the local Rules of the Sixth Circuit, this will confirm that the mediation conference previously set for October 26, 2023, has been rescheduled for **November 6, 2023** at **2:00 PM EASTERN TIME** with Catherine Geyer.  **A conference invitation will be provided to counsel.**

Sincerely,

*Connie A. Weiskittel*

Connie A. Weiskittel
Mediation Administrator

cc:    Catherine C. Geyer

**NOTE:    The Confidential Mediation Background Information Forms are now due
October 30, 2023, if not already submitted.**