UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT
CIVIL APPEAL STATEMENT OF PARTIES AND ISSUES

Case No: __23-3792__                Case Manager: __Leon T. Korotko__

Case Name: __Columbia Gas Transmission, LLC v. 171.54 Acres of Land & Blackhawk Land and Resources LLC, et__

Is this case a cross appeal?  ☐ Yes  ☑ No
Has this case or a related one been before this court previously?  ☐ Yes  ☑ No
If yes, state:
  Case Name: _____  Citation: _____
  Was that case mediated through the court's program?  ☐ Yes  ☐ No

**Please Identify the Parties Against Whom this Appeal is Being Taken and the Specific Issues You Propose to Raise:**

This appeal is taken against Columbia Gas Transmission, LLC.

The issues raised on appeal include (1) whether a Federal Rule of Civil Procedure 71.1(i)(1)(A) is proper where the dismissing party has already taken possession of the property subject to the taking; and (2) whether such a dismissal, proper or not, results in an abandonment of the action such that Blackhawk Land and Resources, LLC. is entitled to its reasonable attorney's fees, costs, and expenses pursuant to 42 U.S.C. § 4654 becasue Columbia Gas, acting under federal authority from the Federal Energy Regulatory Commission, stood in the shoes of the United States when it abandoned its proceeding against Blackhawk.

This is to certify that a copy of this statement was served on opposing counsel of record this __12th__ day of __October__, __2023__.

_____
Name of Counsel for Appellant