UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

**Appeal No.:** 23-3792

**Case Title:** Columbia Gas Transmission, LLC vs. 171.54 Acres of Land, et al.

**List all clients you represent in this appeal:**

Columbia Gas Trasmission, LLC

- [ ] Appellant
- [✓] Appellee
- [ ] Petitioner
- [ ] Respondent
- [ ] Amicus Curiae
- [ ] Intervenor
- [ ] Criminal Justice Act (Appointed)

[✓] Check if a party is represented by more than one attorney.
[✓] Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here:**

By filing this form, I certify my admission and/or eligibility to file in this court.

**Attorney Name:** David M. Fedder

**Signature:** s/ David M. Fedder

**Firm Name:** Carmody MacDonald, PC

**Business Address:** 120 S. Central Ave., Suite 1800

**City/State/Zip:** St. Louis, MO 63105

**Telephone Number (Area Code):** 314-854-8600

**Email Address:** dmf@carmodymacdonald.com

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---